UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re Tyrone Noel Nunn,<br><br>Petitioner | Case No. 2:24-cv-01643-JAD-EJY<br><br>**Order Dismissing Petition<br>and Closing Case** |

Petitioner, a Nevada state prisoner in custody at High Desert State Prison Center, appears to have attempted to initiate *pro se* 28 U.S.C. § 2254 habeas corpus petition.[1] But he has not submitted an application to proceed *in forma pauperis* or paid the $5.00 filing fee. As a result of that deficiency, this matter has not been properly commenced, so I dismiss it without prejudice.

Nunn also styles the one-page document as a "proper petition" but names no respondents and sets forth no claims. He merely lists numerous other cases that he has apparently filed, failing to identify what relief he seeks. So I dismiss this case without prejudice to Nunn's ability to file a new petition in a new action on the court's form with either the $5.00 filing fee or a completed *ifp* application on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

IT IS THEREFORE ORDERED that **this action is DISMISSED** without prejudice to the filing of a new petition in a new action with either a properly completed application form to proceed *in forma pauperis* or the $5.00 filing fee.

---

[1] ECF No. 1-1.

IT IS FURTHER ORDERED that a certificate of appealability will not issue, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
October 4, 2024